IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-234-RJC-DSC

| | |
|---|---|
| MICHAEL TROCHE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| BIMBO FOODS BAKERIES DISTRIBUTION, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Michael J. Puma]" (document #7) filed July 6, 2011. For the reasons set forth therein, the Motion is granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.    Signed: July 6, 2011

David S. Cayer
United States Magistrate Judge