IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CV-234-RJC-DSC

| | |
|---|---|
| MICHAEL TROCHE, | ) |
| Plaintiff, | ) |
| v. | ) ORDER |
| BIMBO FOODS BAKERIES DISTRIBUTION, INC., | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Susan M. Coler]" (document #32) filed September 25, 2013. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED.**

Signed: September 25, 2013

David S. Cayer
United States Magistrate Judge