**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**3:11-cv-234-RJC-DSC**

| | |
|---|---|
| **MICHAEL TROCHE,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>) **ORDER**<br>**BIMBO FOODS BAKERIES** )<br>**DISTRIBUTION, INC., f/k/a** )<br>**GEORGE WESTON BAKERIES** )<br>**DISTRIBUTION, INC., a Delaware** )<br>**corporation,** )<br>)<br>**Defendant.** )<br>_____ ) | |

**THIS MATTER** comes before the Court on the parties' Joint Motion for Stay. (Doc. No. 121).

For good cause shown, **IT IS HEREBY ORDERED THAT:**

1. This matter (including all applicable deadlines and the trial date) is stayed pending the Court's ruling on Defendant's Motion for Summary Judgment;

2. The Court will set a new trial date upon ruling on the pending Motion for Summary Judgment;

3. Expert witness depositions shall be conducted forty-five (45) days prior to trial;

4. The parties will complete all additional duties prior trial in accordance with the time frames set forth in paragraph 6 of the Scheduling Order, (Doc. No. 115); and

5. All remaining deadlines shall remain as set forth in the Scheduling Order, (Id.).

Signed: May 13, 2016

Robert J. Conrad, Jr.
United States District Judge