UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-234-RJC-DSC

| | |
|---|---|
| MICHAEL TROCHE, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>BIMBO FOODS BAKERIES )<br>DISTRIBUTION, INC., f/k/a )<br>GEORGE WESTON BAKERIES )<br>DISTRIBUTION, INC., a Delaware )<br>corporation, )<br> )<br>Defendant. )<br>_____ ) | **ORDER** |

**THIS MATTER** comes before the Court sua sponte.

The Court previously granted the parties' Joint Motion to Stay, (Doc. No. 121: Motion; Doc. No. 122: Order), pending resolution of Defendant's Motion for Summary Judgment which the Court granted in part, (Doc. No. 117: Motion; Doc. No. 123: Order).

**IT IS, THEREFORE, ORDERED THAT** this matter is set for a bench trial on all remaining issues during the Court's civil term which begins on May 1, 2017, in a courtroom to be designated in the Charles R. Jonas Federal Building. The parties shall abide by the deadlines detailed in the Court's previous scheduling Orders, (Doc. Nos. 115, 122).

Signed: January 9, 2017

Robert J. Conrad, Jr.
United States District Judge