# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL TROCHE, <br><br> Plaintiff, <br><br> v. <br><br> BIMBO FOODS BAKERIES DISTRIBUTION, INC., f/k/a GEORGE WESTON BAKERIES DISTRIBUTION, INC., a Delaware corporation, <br><br> Defendant. | Civil Action No. 3:11-cv-00234 <br><br> The Honorable Robert J. Conrad, Jr. |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Michael Troche and Defendant Bimbo Foods Bakeries Distribution, Inc. (collectively referred to as "the Parties"), by and through their attorneys of record, hereby stipulate that Plaintiff's claims in the above-captioned action are dismissed with prejudice, in their entirety, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party bearing their own fees and costs.

Respectfully submitted this 19th day of April, 2017.

| HALUNEN & ASSOCIATES | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| By: /s/ John Robert Buric <br> John Robert Buric, Esq. <br> JAMES MCELROY & DIEHL <br> 600 S. College Street, Suite 3000 <br> Charlotte, NC 28202 <br> Tel. (704) 372-9870 <br> jburic@jmdlaw.com | By: /s/ Michael J. Puma <br> Michael J. Puma, Esq. (admitted *pro hac vice*) <br> MORGAN, LEWIS & BOCKIUS LLP <br> 1701 Market Street <br> Philadelphia, PA 19103 <br> Tel. (215) 953-5305 <br> mpuma@morganlewis.com |

Susan M. Coler, Esq.  
HALUNEN & ASSOCIATES  
1650 IDS Center  
80 South Eight Street  
Minneapolis, MN 55402  

*Counsel for Plaintiff Michael Troche*

Katie Miller Iams, Esq.  
PARKER POE ADAMS & BERNSTEIN, LLP  
Three Wells Fargo Center  
401 S. Tryon Street, Suite 3000  
Charlotte, NC 28202  
Tel. (704) 335-6640  
katieiams@parkerpoe.com  

*Counsel for Defendant Bimbo Foods Bakeries Distribution, Inc.*

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** was electronically filed on this day with the Clerk of Court using the CM/ECF system, which will transmit notification of such filing, constituting service thereof, to the following:

>John Robert Buric, Esq.
>James McElroy & Diehl
>600 S. College Street, Suite 3000
>Charlotte, NC 28202
>*Counsel for Plaintiff*
>
>Susan M. Coler, Esq.
>HALUNEN & ASSOCIATES
>1650 IDS Center
>80 S. Eighth Street
>Minneapolis, Minnesota 55402
>*Counsel for Plaintiff*

This the 19th day of April, 2017.

>/s/ Katie M. Iams
>Katie M. Iams